# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| RODRIGO GARCIA and LETICIA APARICIO-GARCIA, | ) ) ) Case No. 1:15-cv-06534 |
| Plaintiffs, | ) ) ) |
| v. | ) Judge Manish S. Shah ) ) |
| GREEN TREE SERVICING, LLC., | ) ) |
| Defendant. | ) ) ) ) |

## STIPULATION OF DISMISSAL

Plaintiffs Rodrigo Garcia and Leticia Aparicio-Garcia and Defendant Ditech Financial f/k/a Green Tree Servicing, LLC ("Green Tree"), having reached a settlement of the Plaintiffs' claims against Green Tree, hereby stipulate to the dismissal of this lawsuit with prejudice, each party to bear their own attorneys' fees and costs.

Dated: December 16, 2015

By: /s/ Matthew Hector
  One of the Attorneys for Plaintiffs

Matthew Hector
Sulaiman Law Group, Ltd.
900 Jorie Boulevard
Suite 150
Oak Brook, IL  60523
mhector@sulaimanlaw.com

By: /s/ Dina M. Masiello
  One of the Attorneys for Green Tree

Dina M. Masiello
Pilgrim Christakis LLP
321 N. Clark Street
26th Floor
Chicago, IL 60654
dmasiello@pilgrimchristakis.com