## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

Rodrigo Garcia, et al.

                     Plaintiff,

v.                                      Case No.: 1:15−cv−06534
                                          Honorable Manish S. Shah

Green Tree Servicing, LLC

                     Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, December 16, 2015:

       MINUTE entry before the Honorable Manish S. Shah: Pursuant to the parties' stipulation of dismissal [22], this case is dismissed with prejudice and with each party to bear its own attorneys' fees and costs. Status hearing on 12/17/15 is stricken. Civil case terminated. Notices mailed by Judicial Staff. (psm, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.